**Electronically Filed
Intermediate Court of Appeals
30630
19-OCT-2010
11:18 AM**

NO. 30630

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

COUNTY OF HAWAIʻI, Plaintiff-Appellee,

v.

H. KIMURA STORE, INC., et al., Defendants-Appellees,

and

MICHAEL TIERNEY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 00-1-0377)

ORDER DENYING DEFENDANT-APPELLANT'S MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Appellant Michael C. Tierney's Motion for Reconsideration of the Order Denying Motion for Appointment of Counsel, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 19, 2010.

Presiding Judge

Associate Judge

Associate Judge